UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____               │
│ DATE FILED: 9-4-13           │
└─────────────────────────────┘
```

JOAN C. LIPIN,

                              Plaintiff,

        -v-

DANSKE BANK, *et al.*,

                              Defendants.

No. 13 Civ. 4355 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

Plaintiff initiated this *pro se* action by filing a verified summons with notice on May 31, 2013 in New York State Supreme Court, New York County. (Doc. No. 1.) On June 21, 2013, Defendants removed this case to the United States District Court for the Southern District of New York. (*Id.*) On July 8, 2013, the Court ordered Plaintiff to file a complaint no later than August 2, 2013 and denied her motion to remand the case to state court. (Doc. No. 13.) Plaintiff failed to file a complaint by August 2, so on August 9, 2013, the Court ordered Plaintiff to file a complaint no later than August 26, 2013 and to show cause for her failure to comply with the Court's prior Order. (Doc. No. 17.) The Court warned that failure to comply could result in the dismissal of her claims without prejudice pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*)

To date, Plaintiff has not complied with the Court's Orders. Although she has filed appeals with the United States Court of Appeals for the Second Circuit challenging this Court's denial of her motion to remand and urging the Circuit to order this Court's recusal (Doc Nos. 15, 15, 20), her appeals do not divest this Court of jurisdiction over the case, so there is no basis for her failure to follow the Court's Orders, *see Caterpillar Inc. v. Lewis*, 519 U.S. 61, 74 (1996) (concluding that order denying remand is "obviously not final and immediately appealable as of

right" (quotation and citation omitted)); *United States v. Jones*, No. Cr-89-61E, 1989 WL 158297, at *2 n.1 (W.D.N.Y. Dec. 15, 1989) (finding that a recusal petition to the Circuit does not divest district court of jurisdiction). Accordingly, IT IS HEREBY ORDERED THAT this action is dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:  September 4, 2013
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE